Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★        ★ ★ ★

**MEMORANDUM OPINION**

No. 04-09-00083-CV

Martha S. **CRUZ**,
Appellant

v.

Brad **BECK**, et al.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-17431
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:       Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice

Delivered and Filed:   June 17, 2009

DISMISSED FOR WANT OF PROSECUTION

On February 26, 2009, appellant filed an Affidavit of Inability, asserting she does not have

the necessary finances to pay for the clerk's record or reporter's record in this appeal. On March 4,

2009, we abated this cause to the trial court for a determination of whether the appeal is frivolous.

On March 17, 2009, the trial court conducted a hearing on this issue and concluded appellant's

appeal was frivolous and, therefore, she was not entitled to a free record on appeal. Accordingly, on April 3, 2009, this court ordered appellant to provide written proof to this court no later than April 13, 2009 that the clerk's fee has been paid or arrangements have been made to pay the clerk's fee for preparation of the clerk's record. Our order informed appellant that if she failed to respond within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Appellant responded with a letter to this court stating she was unable to pay for the clerk's record and that she should not be required to pay for the record.

On May 1, 2009, this court again ordered appellant to provide written proof to this court no later than May 18, 2009 that the clerk's fee has been paid or arrangements have been made to pay the clerk's fee for preparation of the clerk's record. Our order informed appellant that if she failed to provide such written proof, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Appellant has not responded.

The appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). Costs of appeal are taxed against appellant.

PER CURIAM